```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

LORI LACINA,

       Plaintiff,

                         Case No. 8:12-cv-2271-T-33TBM

v.

CAROLYN W. COLVIN,
Acting Commissioner of the
United States Social Security
Administration,

       Defendant.
_____/

**ORDER**

This matter is before the Court in consideration of the Report and Recommendation of United States Magistrate Judge Thomas B. McCoun III (Doc. # 14), filed on December 23, 2013, recommending that the decision of the Commissioner denying benefits be affirmed.  Plaintiff filed an objection to the Report and Recommendation (Doc. # 15) on January 6, 2014.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon due consideration of the record, including Judge McCoun's Report and Recommendation as well as the Plaintiff's objection thereto, the Court overrules the objection, adopts the Report and Recommendation, and affirms the Commissioner's decision. The Court agrees with Judge McCoun's detailed and well-reasoned findings of fact and conclusions of law, including his conclusion that the decision of the Commissioner "is in accordance with the correct legal standards and is otherwise supported by substantial evidence." (Doc. # 14 at 28). The Report and Recommendation thoughtfully addresses the issues presented, and the objection does not provide a basis for rejecting the Report and Recommendation.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of United States Magistrate Judge Thomas B. McCoun III (Doc. # 14) is **ADOPTED.**

(2) The decision of the Commissioner of Social Security denying benefits is **AFFIRMED.**

(3) The Clerk is directed to close this case and to enter judgment in favor of the Commissioner reflecting that the Commissioner's decision denying benefits is affirmed.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of January, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record

3